IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES

Phoenix Division

2:98 CR /772/1     DATE: 8/20/01
Year   Case No.  Dft #

FILED ☒  LODGED ___
RECEIVED ___  COPY ___
AUG 21 2001
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

HON: Roslyn O. Silver          Judge # 7022

USA v. Javier Rivera-Sanchez

DEFENDANT: X Present  X Writ
Deputy
Clerk: Karen Rilling       Crt Rptr/ECR: Gary Moll

U.S. Atty: Timothy Holtzen  Dft Atty: Bram Jacobson (AFPD)
Intrptr: Velasco, Louis   Language: Spanish
===============================================================

Re-sentencing continued:

IT IS ORDERED continuing the re-sentencing from this date to September 5, 2001 at 1:00 p.m. to allow the Government to attempt to locate records re Defendant's conviction of a prior aggravated felony. Counsel for the Government is to provide these records to Defense counsel and inform the Court by 12:00 Noon on August 30, 2001. Defendant's response, if any, is due by 12:00 Noon on September 4, 2001.

