UNITED STATES DISTRICT COURT
OR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phoenix | **CRIMINAL MINUTES** |

CR 98-00772-001-PHX-ROS       Date: 9/5/01
CASE NUMBER

Hon. ROSLYN O. SILVER, United States District Judge

USA v. Javier Rivera-Sanchez

DEFENDANT: ☒ Present ☐ Not Present ☐ Released ☒ Custody ☐ Writ

Deputy Clerk: Karen Rilling        Crt Rptr: Gary Moll
U.S. Atty: Timothy Holtzen         Intrptr: Lita Van Duzer
Dft Atty: Bram Jacobson, (AFPD)    ☒ Present

☐ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued

### JUDGMENT    [RE-SENTENCE]

☐ Defendant is placed on probation for a period of _____ on Cts(s) _   ☐ with supervision ☐ w/o supervision

☒ Committed to the custody of the Bureau of Prisons to be imprisoned for a period of 30 Months on Cts(s) 1

☒ Supervised release term of 3 Years by law Ct(s) 1

☐ Fine of $0 on Ct(s) 1                        TOTAL FINE $0

☐ Restitution of $0 ordered pursuant to 1:3580

☒ Special Assessment of $100.00 pursuant to 18:3013 on Ct(s) 1

☐ On Motion of U.S. Atty: Ct(s) N/A DISMISSED

☐ Order bond exonerated        ☐ Bond exonerated upon surrender to USM

☒ Dft advised of right to appeal    ☐ Appeal bond set at $_____

☐ Dft to surrender under Voluntary Surrender Program as directed to the designated institution by the U.S. Marshal.

☒ The Court accepts the defendant's plea of guilty.

☒ Addt'l conditions probation/supervised release: see Judgment

☒ Other: Exhibit 1 is marked for identification--envelope and original documents from the County Records Center. No downward departure is granted. Exhibit 1 is returned to the Government.

